REB: USAO 2013R00676

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT 23 P 4: 10

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL NO. CCB-13-0577 |
| v. | |
| | (Armed Bank Robbery, |
| RAYMOND EDWARD GILL, | 18 U.S.C. § 2113(a), (d), (f)); |
| | Brandishing a Firearm During a |
| Defendant. | Crime of Violence, 18 U.S.C. § 924(c); |
| | Aiding and Abetting, 18 U.S.C. § 2) |

## INDICTMENT

### COUNT ONE
(Armed Bank Robbery)

The Grand Jury for the District of Maryland charges that:

On or about August 27, 2013, in the District of Maryland, the defendant,

**RAYMOND EDWARD GILL,**

did, by force, violence, and intimidation, take from the person and presence of the employees of the Wells Fargo Bank, 860 N. Rolling Road, Catonsville, Maryland 21228, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, U.S. currency totaling approximately $22,004.00, said currency belonging to and being in the care, custody, control, management and possession of said bank, and in committing this offense, did assault and did put the life of the tellers, employees, customers and other persons in jeopardy by the use of a dangerous weapon, to wit, a handgun.

18 U.S.C. § 2113(a), (d), (f)
18 U.S.C. § 2

## COUNT TWO
### (Brandishing a Firearm During a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about August 27, 2013, in the District of Maryland, the defendant,

**RAYMOND EDWARD GILL,**

did knowingly (1) possess and brandish a firearm in furtherance of, and (2) use, carry and brandish a firearm during and in relation to, a crime of violence for which he may be prosecuted in a court of the United States, that is, Armed Bank Robbery, as alleged in Count One of this Indictment.

18 U.S.C. § 924(c)
18 U.S.C. § 2

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

Date: 10/23/13